**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

    Respondent,

    v.

DOROTHY MAJU HENRY,

    Defendant/Petitioner.

Criminal Action No. 02-00376-01 (CKK)
Civil Action No. 08-00250 (CKK)

**ERRATA CORRECTING THE COURT'S**
**[233] MEMORANDUM OPINION DATED OCTOBER 21, 2011**
(October 28, 2011)

In order to correct a typographical error, it is, this 28th day of October, 2011, hereby

**ORDERED** that the Court's [233] Memorandum Opinion dated October 21, 2011 shall

be corrected as follows, with the required corrections set forth in bold italics:

        Page 13, the sentence on lines 10-12 shall be corrected to read: "The jury was in a

        ***favorable*** position to evaluate the truthfulness (or lack thereof) of the testimony

        offered and it was free to credit (or discredit) the testimony and to assign it the

        appropriate weight in its deliberations."

**SO ORDERED.**

                  /s/
              **COLLEEN KOLLAR-KOTELLY**
              United States District Judge